UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, Applicants, -against- STATE FARM FIRE & CASUALTY COMPANY, Respondent. | 26-MC-350 (VSB) [Arising from N.D. Il.. No. 22-cv-07014] **ORDER** |

VERNON S. BRODERICK, United States District Judge:

Before me is the motion of Applicants Jacqueline Huskey and Riian Wynn to compel production responsive to Applicants' subpoena dated October 31, 2025. (Doc. 2.) I am also in receipt of Applicants' notice of related case filed on July 15, 2026. (Doc. 3.)

"Federal Rule of Civil Procedure 45(f) permits a court to transfer subpoena-related motions to the court where the underlying action is pending 'if the person subject to the subpoena consents or if the court finds exceptional circumstances.'" *Drummond Co., Inc. v. VICE Media LLC*, No. 21-MC-859, 2022 WL 445681, at *2 (S.D.N.Y. Feb. 14, 2022) (quoting Fed. R. Civ. P. 45(f)).

Respondent shall file any opposition to Applicants' motion by July 27, 2026. Respondent's opposition shall address its position on whether I should transfer this case under Rule 45(f) to the Northern District of Illinois.

Applicant shall file any reply by July 31, 2026. Applicant's reply shall address its position on whether I should transfer this case under Rule 45(f) to the Northern District of

Illinois.

The Court shall hold a telephonic hearing on the motion to compel and arguments relating to transfer under Rule 45(f) on August 3, 2026 at 11:00 a.m. E.T. The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835. There is no attendee ID.

SO ORDERED.
Dated: July 22, 2026
New York, New York

Vernon S. Broderick
United States District Judge